FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 11:47 am, Sep 08, 2025

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) INFORMATION NO. 2:25CR-25 |
| | ) |
| v. | ) 18 U.S.C. § 1343 |
| | ) Wire Fraud |
| **LINDA GAIL JOHNSON** | ) |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:**   **Wire Fraud**
18 U.S.C. § 1343

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not more than three (3) years of supervised release
- $100 special assessment

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Darron J. Hubbard*

Darron J. Hubbard
Assistant United States Attorney
Illinois Bar Number 6313078