UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 2:25-CR-25 |
| | ) | |
| **LINDA GAIL JOHNSON** | ) | |

### GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the Defendant. Such resolution involves a plea agreement to an Information and Rule 11 hearing in Criminal Case No. 2:25-CR-25. At sentencing in that matter, the Government will move to dismiss the Indictment pending against Defendant Johnson in the above-referenced matter. A copy of the plea agreement has been provided to the Court for its consideration.

This 9th day of September 2025.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

22 Barnard Street, Suite 300
Savannah, Georgia 31401
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
E-mail: Darron.hubbard@usdoj.gov

*s/ Darron Hubbard*
Darron Hubbard
Assistant United States Attorney
IL Bar No. 6313078

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9th day of September 2025.

                                            Respectfully submitted,

                                            MARGARET E. HEAP
                                            UNITED STATES ATTORNEY

| | |
|---|---|
| 22 Barnard Street, Suite 300 | ***s/ Darron Hubbard*** |
| Savannah, Georgia 31401 | Darron Hubbard |
| Telephone: (912) 652-4422 | Assistant United States Attorney |
| Facsimile: (912) 652-4991 | IL Bar No. 6313078 |
| E-mail: Darron.hubbard@usdoj.gov | |